# EXHIBIT 7

My Account

# Partners of AutoSens Brussels 2022

These companies proudly partnered with us at AutoSens Brussels 2022. Find out how you can use our platform to amplify your brand and grow your business.

Sponsor AutoSens

View Exhibition Floorplan

## Supercharge your business

AutoSens Brussels offers the perfect opportunity to showcase your latest technology advancements and research, and connect with potential customers from across the globe. This year's socially distanced exhibition will be no different, with a wide range of exhibitors at the leading edge of innovation in ADAS and autonomous vehicle technology.

If you're interested in joining them on the exhibition floor at Autoworld Brussels, get in touch with Richard.

Email Richard

Request a call back

My Account

# Lead Sponsor



# Signature Sponsors

  



# Sponsors



# Floorplan

My Account

My Account

# Exhibitors | Stand Number



**onsemi**

Lead Sponsor

**Stand Number:** 1

**NI**

Exhibitor

**Stand Number:** 2

**Cadence**

Exhibitor

**Stand Number:** 3

**Appen**

Exhibitor

**Stand Number:** 4

**Vector**

Exhibitor

**Stand Number:** 5

**Optikos**

Exhibitor

**Stand Number:** 6

**dSPACE**

Exhibitor

**Stand Number:** 7

Intempora

My Account



Intempora

Exhibitor

**Stand Number:** 8

**Arm**



Exhibitor

**Stand Number:** 9

**MicroVision**

Exhibitor

**Stand Number:** 10

**Imatest**



Exhibitor

**Stand Number:** 11

**Labsphere**

Exhibitor

**Stand Number:** 12

**Sony**



Exhibitor

**Stand Number:** 14

**Immervision**

Exhibitor

**Stand Number:** 15

**Anyverse**



Exhibitor

My Account



**Stand Number:** 16

## GEO Semiconductor

Exhibitor

**Stand Number:** 17

## rFpro

Exhibitor



**Stand Number:** 19

## TRIOPTICS

Exhibitor



**Stand Number:** 20

## VIAVI

Exhibitor



**Stand Number:** 21

## STMicroelectronics

Exhibitor



**Stand Number:** 22

## Xenomatix

Exhibitor



**Stand Number:** 23

## Sunex

Exhibitor



**Stand Number:** 24

## Teledyne FLIR

Exhibitor



**Stand Number:** 25

## Algolux

Exhibitor

**Stand Number:** 26

My Account



**Valens Semiconductor**

Exhibitor

**Stand Number:** 28



**OMNIVISION**

Signature Sponsor

**Stand Number:** 29

**Seagate**



Exhibitor

**Stand Number:** 30

**Heliaus**



Signature Sponsor

**Stand Number:** 31

**NextChip**



Exhibitor

**Stand Number:** 32

**Wideye by AGC**



Exhibitor

**Stand Number:** 33

**Image Engineering**



Exhibitor

**Stand Number:** 34

**Cogent Embedded**



Exhibitor

**Stand Number:** 35

**Samsung**

Signature Sponsor

My Account



**Stand Number:** 36

**aiMotive**

Exhibitor



**Stand Number:** 37

**Opsys Technologies**

Exhibitor



**Stand Number:** 39

**SeeCubic**

Exhibitor



**Stand Number:** 40

**DXOMARK**

Exhibitor



**Stand Number:** 41

**Lumentum**

Exhibitor

**Stand Number:** 42

**Visionary.ai**

Exhibitor



**Stand Number:** 44

**Hamamatsu**

Exhibitor

**Stand Number:** 45

**Vertilite**

Exhibitor

**Stand Number:** 46

**Analog Devices**

My Account



Sponsor

**Stand Number:** 47

**Texas Instruments**

Exhibitor

**Stand Number:** 48

**b-plus**

Exhibitor

**Stand Number:** 49

**Cruise**

Exhibitor

**Stand Number:** 50

**DTS/Xperi**

Exhibitor

# Media Partners





My Account












My Account





# Join us in Brussels

**We're meeting at Autoworld once again to discuss and shape the future of ADAS and AV.**

Join the 2023 waiting list

My Account

**Quick Links**



**Stay Connected**

Join our Community Newsletter to be the first to hear the latest news from AutoSens, plus you'll receive exclusive articles, videos and more.

Subscribe



**Get in Touch**

The Old Granary
Field Place Estate
Byfleets Lane
Broadbridge Heath
West Sussex
RH12 3PB

Contact Us