# EXHIBIT 9




EFiled: Oct 27 2022 09:48AM EDT
Transaction ID 68309548
Case No. 2020-0766-JTL

October 21, 2022

**By courier**

**Vice Chancellor J. Travis Laster**
Court of Chancery of the State of Delaware
New Castle County
Leonard L. Williams Justice Center
500 North King Street
Wilmington, DE 19801
T: 302-255-0510

**RE: REQUEST FOR GUIDANCE**

Dear Vice Chancellor Laster,

We, ADG Legal, are the attorneys acting on behalf of our client **Mr. Mark Walpole ("Client")** in relation to a demonstrator Unit (the "**Unit**") which **SeeCubic, Inc. ("SeeCubic")** has entrusted to our Client for display purposes in the United Arab Emirates (the "**UAE**").

Our Client was contacted by the attorneys of **Stream TV Networks, Inc ("Stream TV")** on several occasions demanding that our Client deliver the Unit to Stream TV further to court orders on September 30, 2022, on October 3, 2022, and on October 14, 2022, issued by the Court of Chancery of the State of Delaware in connection with In Re Stream TV Networks, Inc. Omnibus Agreement Litigation (C.A. No. 2020-0766-JTL, (the "**Stream TV-SeeCubic Court Orders**").

SeeCubic has also contacted our Client, however, claiming that the Stream TV-SeeCubic Court Orders do not cover the Unit and that SeeCubic would pursue all legal remedies against our Client if the Unit were turned over to Stream TV. Our Client wishes to obtain legal guidance after receiving aggressive and contradictory correspondence from representatives of Stream TV and SeeCubic.

We have advised our Client that, pursuant to the laws of the UAE, a foreign judgment can only be enforced in the UAE if it is recognized by the UAE Courts through a process referred to as "Petition of Recognition". Thus, there is generally no obligation on our Client under UAE law to comply with the Stream TV-SeeCubic Court Orders until recognized by the UAE Courts. As part of the petition of recognition process, the relevant UAE enforcement judge would determine the obligatory steps (if any) that must be taken by UAE entities in respect of items located in the UAE.

In light of the above, our Client is soliciting your suggestions with regard to the disposition of the Unit, while at the same time noting that the disposition of the Unit will likely be subject to a legal process within the UAE.

Yours Faithfully,
ADG Legal

Burj Gate Tower, Sheikh Zayed Road, P.O.Box: 413633, Dubai, UAE
e: info@adglegal.com / t: +971 4 441 2031 / f: +971 4 441 3365 / adglegal.com