# EXHIBIT 14

**Exhibit 13A Magic quote**

# Email from Dr. Bart Barenbrug the 3DFusion's EU Software Team Leader

\Begin forwarded message:
From: Bart Barenbrug <bart@c3d-vr.com>
Date: November 10, 2010 2:29:00 AM EST
To: ilya.sorokin@3dfusion.com
Cc: Ilya Sorokin <sorokin.ilya@gmail.com>, Stephen Blumenthal <steve.blumenthal@3dfusion.com>, Walther Roelen <walther@c3d-vr.com>, Grazzy Seskeviciute <grazinaseskeviciute@gmail.com>
Subject: Re: "remastered by" clips
Reply-To: bart@c3d-vr.com

Hi Ilya,

 Hello Bart, thanks for the effort, and I did download all of them this morning
and afternoon (US time).

I saw that in the ftp logs now. Apart from Alice with the "remastered by logo" for
which I think you only downloaded an erroneous version without audio (my
mistake that those ended up on the ftp, sorry about that). Please check that one.
The "no_audio" versions are gone from my ftp now, and all versions now have
proper audio.

We have run them in the office,

So did I, and checked the video, but didn't notice the bad (well, no) audio

until well after I'd got home again, when Steve was already on his way.
That's why I put a readme next to the files on the ftp and broke off your download
of the no-audio Pandora, in the hopes you'd see that (which you did, because I see
you downloaded the corrected version afterward), and check the readme. Like I said:
I think you still have an Alice version without audio,
so be aware of that. If audio is not an issue, run the version you downloaded
yesterday, but download the proper one (if there's still time) or take an
older version, if audio is needed (and it always help give more impact, imho).

> made appropriate setting adjustments to maximize effects (Steve's magic) He's

wizard at that for sure!

and are ready to show them at the Bon Jovi event tomorrow.

Fantastic.Have a great show, and we'll talk afterward,

Bart