# EXHIBIT 27

Exhibit 26  SeeCubic Attorney Jenness Parker Letter to STVN on Investment Banker Sale

*From: Parker, Jenness E <Jenness.Parker@skadden.com>*
*Sent: Sunday, July 31, 2022 8:14 PM*
*To: Dupre, Andrew; David, Bonnie W; Colby, Eben P; Townsend, Lilianna Anh P; Brumme, Marley Ann*
*Cc: Lemon, Brian; Ferguson, Travis; Dallaire, Stephanie; Hitchens, Mark*
*Subject: RE: [Ext] Stream/SeeCubic: Special Master Order - Discussion Draft*
*\*\*External Message\*\**

*Andy — touching base on the special master order. We will be sending you a markup. However, since we submitted the proposed order to the Court last week, in connection with further assessment of its secured party <u>rights in light of Vice Chancellor Laster's ruling, Seecubic is exercising its right to possession of then collateral under Article 9 of the UCC and the security documents. It is also in the process of retaining an investment banker and will be pursuing a public sale of the assets to satisfy the debt that</u> Stream has failed to pay for well over two years now. This seems to moot the special master order. We will send a letter to the Court on this issue.*
*Jenness*