**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| REMBRANDT 3D HOLDING LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-193-JLH |
| | ) | |
| TECHNOVATIVE MEDIA, INC. HAWK | ) | **JURY TRIAL DEMANDED** |
| INVESTMENT HOLDINGS LTD., AND | ) | |
| SEECUBIC, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Having considered Defendant SeeCubic, Inc.'s (the "Defendant") Request to Permit Defendant's Chief Executive Officer Access to Plaintiff's Disclosures of Trade Secrets (the "Request"),

IT IS HEREBY ORDERED this _____ day of _____, 2024, that:

1. Defendant's Motion is GRANTED;

2. Rembrandt's Trade Secret Disclosure shall be redesignated to CONFIDENTIAL per the provisions in the Protective Order; and

3. Defendant's Chief Executive Officer, Mr. Shadron Stastney, is allowed to have access to the Trade Secret Disclosure upon service of an executed Acknowledgement and Agreement.

_____
UNITED STATES DISTRICT JUDGE