# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

REMBRANDT 3D HOLDING LTD,

       *Plaintiff,*

    v.

TECHNOVATIVE MEDIA, INC, HAWK
INVESTMENT HOLDINGS LTD., and
SEECUBIC, INC.,

       *Defendants.*

C.A. No. 1:23-cv-00193-JLH

JURY TRIAL DEMANDED

**REMBRANDT 3D HOLDING LTD.'S DISCLOSURE OF TRADE SECRETS
PURSUANT TO THE COURT'S SCHEDULING ORDER (D.I. 55 & 61)**

    Pursuant to the Court's Scheduling Order (D.I. 55)  and the subsequent order of the Court

extending time for the above deadline (D.I. 61), Plaintiff Rembrandt 3D Holding Ltd

("Plaintiff"), makes the following limited disclosure of information pertaining to its trade secrets

for the purposes of this litigation

| Number | Trade Secret Description | How Protected |
|---|---|---|
| 1 | Utilizing the Philips 2D switchable lens technology for refractive and defractive lens switching for the create of the lightfield and 3D content artifact correction | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 2 | Utilizing the Philips 2D switchable lens technology for border-blending in 3D content | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 3 | Utilizing the Philips 2D switchable lens technology for depth smoothing in 3D content | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 4 | Utilizing the Philips 2D switchable lens technology for depth smoothing in 3D content | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 5 | ██████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 6 | ████████████████████████████████<br>████████<br>██████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 7 | ████████████████████████████████<br>████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 8 | ██████████████████████████████<br>█████████████████████████████<br>█████████████████████████████<br>██████████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 9 | ████████████████████████████████<br>████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 10 | ███████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 11 | ██████████████████████████████<br>████████████████████████████████<br>███████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 12 | ████████████████████████████<br>█████████████████████████████<br>█████████████████████████████<br>█████████████████████████████<br>█████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 13 | ████████████████████████████<br>█████████████████████████████<br>███████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 14 | ████████████████████████<br>████████████████████████<br>█████████████████████████<br>████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 15 | ████████████████████████<br>█████████████████████████<br>██████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 16 | ████████████████████████<br>█████████████████████████<br>███████████████████████<br>█████████████████████████<br>███████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 17 | ████████████████████████<br>██████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |



| 18 | ▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 19 | ▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 20 | ▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 21 | ▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 22 | ███████████████████<br>█████████████████████<br>████████████████████<br>█████████████████████<br>██████████████████████<br>█████████████████████<br>██████████████████████<br>███████████<br>██████████████████████<br>████████████████████<br>████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 23 | ██████████████████████<br>█████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 24 | ███████████████████<br>███████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 25 | ██████████████████████████ ███████████████████████████ ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 26 | ████████████████████████ █████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 27 | ███████████████████████████ ██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 28 | ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 29 | ███████████████████<br>████████████████<br>███████████████████<br>████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 30 | ██████████████████████<br>██████████████████████<br>█████████████████████<br>█████████████████████<br>███ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 31 | ███████████████████<br>███████████████████<br>██████████████████████<br>███████████████████<br>██████████████████████<br>███████████████████<br>████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 32 | ███████████████████<br>██████████████████████<br>███████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 33 | ███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 34 | █████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 35 | ██████████████████████████<br>████████████████████████████<br>████████████████████████████<br>██████████████████████████<br>████████████████████████████<br>███████████████████████<br>████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 36 | ███████████████████████████<br>████████████████████████<br>███████████████████████████<br>████████████████████████<br>████████████████████████████<br>██████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |



| 37 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 38 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 39 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 40 | ██████████████████████ ████████████████████ ██████████████████████ █████████████████████ █████████████████████ ███████████████████ ██████████████████████ ███████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 41 | ████████████████████ ██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 42 | █████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 43 | O████████████████████ █████████████████████ ██████████████████████ ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| | ██████████████████████████████ ██████████████████████████ | |
| 44 | ████████████████████████████ ██████████████████████████████████ ████████████████████████████ ████████████████████████ ████ █████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 45 | ███████████████████████████████████ ████████████████████████████ ███████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████████ █████████████████████████████ ██████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 46 | ██████████████████████████████ ██████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| 47 | ██████████████████████████████ ██████████████████████████████ █████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 48 | ████████████████████████████ ████████████████████████████ ██████████████████████████████ ████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 49 | ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 50 | ██████████████████████████████ ████████████████████████████ ██████████████ ████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 51 | ██████████████████████████ ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 52 | ███████████████████████ ████████████████████ ████████████████████ ██████████████████████ ██████████████████ ███████████████████████ █████████████████████ █████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 53 | █████████████████████ ███████████████████████ █████████████████ ██████████████████████ ██████████████████ ███████████████████████ ███████████████████████ █████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 54 | ████████████████████ ███████████████████████ ███████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | ██████████████████████████<br>████████████ | invention assignment agreements, employee confidentiality obligations |
| 55 | ████████████████████████<br>██████████████████████████<br>████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 56 | ████████████████████████<br>██████████████████████████<br>███████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 57 | ████████████████████████<br>███████████████████████<br>██████████████████████████<br>████████████████████████<br>██████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 58 | ██████████████████████████<br>████████████████████████<br>██████████████████████████<br>████████████████████████<br>██████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| 59 | ▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 60 | ▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 61 | ▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 62 | ▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| 63 | ██████████████████████████ ██████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 64 | ████████████████████████████ █████████████████████████ █████████████████████████ ██████████████████████████ ███████████████████████ ████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 65 | ████████████████████████ ██████████████████████████ ███████████████████████ ██████████████████████████ ██ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 66 | ████████████████████████ ████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 67 |  | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 68 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 69 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 70 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| 71 | ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 72 | ███████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 73 | ████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 74 | ███████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 75 | ███████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 76 | ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 77 | ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 78 | ██████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 79 | ███████████████████████████████ ██████████████████████████████ ███████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| 80 | ███████████████████████████████<br>███████████████████████████<br>████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 81 | ████████████████████████████████<br>██████████████████. | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 82 | ████████████████████████████████<br>████████████████████████████████<br>██████████████████████████<br>█████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 83 | █████████████████████████████<br>██████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 84 | ████████████████████████████████<br>████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 85 | ████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 86 | ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 87 | ████████████████████████ ██████████████████████████ ███████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 88 | ██████████████████████████ █████████████████████████ ███████████████████████████ ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| 89 | ███████████████████████████<br>█████████████████████<br>██████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 90 | ███████████████████████<br>███████████████████████<br>██████████████████████<br>████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 91 | ████████████████████████████<br>████████████████████████████<br>███████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 92 | ████████████████████████<br>██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 93 | ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 94 | ████████████████████████████<br>██████████████████████████<br>██████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 95 | ████████████████████████<br>███████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 96 | ████████████████████████████<br>██████████████████████████<br>████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 97 | ██████████████████████████<br>████████████████████████████<br>█████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 98 | ███████████████████████ ██████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 99 | ███████████████████ ██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 100 | ██████████████████ ███████████████ ████████████████████ ██████████████████ ████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 101 | ████████████████████ █████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 102 | ████████████████████ ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | ███████████████████████ ████████████ | invention assignment agreements, employee confidentiality obligations |
| 103 | ██████████████████████████ ████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 104 | ████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 105 | ██████████████████ ███████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 106 | ██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 107 | ████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 108 | ████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 109 | ████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 110 | ████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 111 | ████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | ████████████████████████████ ████████ . | invention assignment agreements, employee confidentiality obligations |
| 112 | ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 113 | ██████████████████████ ████████████████████████ █████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 114 | ██████████████████████████ █████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 115 | ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| 116 | ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ███████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 117 | ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 118 | ████████████████████████████ ███████████████████████████ ██████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 119 | ██████████████████████████████ ██████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 120 | ████████████████████████████ ███████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 121 | ███████████████████████████████<br>███████████████████████████████<br>███████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 122 | ████████████████████████████<br>████████████████████████████<br>███████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 123 | ██████████████████████████████<br>███████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 124 | ██████████████████████████████<br>███ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| 125 | ███████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 126 | ████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 127 | ████████████████████████████ ████████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 128 | ████████████████████████████ ██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 129 | ████████████████████████████ ██████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | ███████████████████████<br>████████████████ | invention assignment agreements, employee confidentiality obligations |
| 130 | ███████████████████████<br>██████████████████<br>███████████████████████<br>█████████████████████<br>██████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 131 | ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 132 | ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 133 | ████████████████████<br>███████████████████████<br>███████████████████████<br>██████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| | ██████████████████████████████<br>█████████████████ | |
| 134 | ████████████████████████████████<br>██████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 135 | ███████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 136 | ████████████████████████████████<br>████████████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 137 | ████████████████████████████████<br>█████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | | invention assignment agreements, employee confidentiality obligations |
| 138 | ████████████████████████ ████████████████████████ ████████████████████████ ██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 139 | ██████████████████████ ████████████████████████ ████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 140 | ██████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 141 | ██████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| 142 | ██████████████████████<br>████████████████████████████<br>████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 143 | Slant + motion  algorithm is the least effective and uses only uses a fixed slant (top of the image to the back, and the bottom to the front), and depth-from-motion, and then applies a regularisation postprocessing. | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 144 | The FW version is the algorithm that is implemented in the firmware (the 8" and the conversion box). It is also based on a slant with post-processing, but implements it differently and has a "liveliness" parameter which can be adjusted to tune the amount of deviation from the slant. | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 145 | ██████████████████████████<br>██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 146 | ██████████████████████████<br>████████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), |

| | | |
|---|---|---|
| | ████████████████████████<br>████████ | invention assignment agreements, employee confidentiality obligations |
| 147 | ████████████████████████████<br>███████████████████████████<br>███████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 148 | ███████████████████████████<br>██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 149 | ███████████████████████████<br>██████████████████████████<br>████████████████████████████<br>██████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 150 | ███████████████████████████<br>████████████████████████████<br>██████████████████████████<br>████████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| | ███████████████████████<br>█████████ | |
| 151 | ███████████████████████<br>████████████████████████<br>█████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 152 | ██████████████████████<br>████████████████████████<br>████████████████████████<br>███████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 153 | ████████████████████████<br>████████████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 154 | ████████████████████████<br>██████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |



| 155 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 156 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 157 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 158 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |



| 159 | ███████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 160 | ███████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 161 | ███████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |



| | | |
|---|---|---|
| 162 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 163 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 164 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮ | |
| 165 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 166 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 167 | ▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |



| 168 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 169 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 170 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| | ███████████████████████ | |
| 171 | ███████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 172 | ███████████████████ | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

| | | |
|---|---|---|
| |  | |
| 173 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |
| 174 | | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |



| | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations |

Dated: October 11, 2024

Respectfully submitted,

*/s/ Andrew DeMarco*

Andrew DeMarco (No. 6736)

ademarco@devlinlawfirm.com

DEVLIN LAW FIRM LLC

1526 Gilpin Avenue

Wilmington, DE 19806

Tel: (302) 449-8010

Fax: (302) 353-4251