# EXHIBIT C

| Number | Trade Secret Description | How Protected | AEO |
|---|---|---|---|
| 1 | Utilizing the Philips 2D switchable lens technology for refractive and defractive lens switching for the create of the lightfield and 3D content artifact correction | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations | No |
| 2 | Utilizing the Philips 2D switchable lens technology for border-blending in 3D content | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations | No |
| 3 | Utilizing the Philips 2D switchable lens technology for depth smoothing in 3D content | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations | No |
| 4 | Utilizing the Philips 2D switchable lens technology for depth smoothing in 3D content | NDA and other agreements with Philips, Stream, Rajans, and all employees of 3D Fusion EU B.V. (eventually with SeeCubic B.V.), invention assignment agreements, employee confidentiality obligations | No |