# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TECHNOVATIVE MEDIA, INC. HAWK ) <br> INVESTMENT HOLDINGS LTD., AND ) <br> SEECUBIC, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-193-JLH <br><br> **JURY TRIAL DEMANDED** <br><br> ▮▮▮▮▮▮▮▮ <br><br> **REDACTED/PUBLIC VERSION** |

**EXHIBIT B TO DEFENDANT SEECUBIC, INC.'S OBJECTIONS TO
MAGISTRATE JUDGE FALLON'S ORAL ORDER DATED NOVEMBER 13, 2024**

GREENBERG TRAURIG, LLP

Benjamin J. Schladweiler (#4601)
Lisa M. Zwally (#4328)
Renée Mosley Delcollo (#6442)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
lisa.zwally@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Defendant SeeCubic, Inc.*

Dated: November 25, 2024

# EXHIBIT B

| Last name, First name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gola, Asaf | | | | | | | | |
| Nicolaides, Jeremy | | | | | | | | |
| Riley, Leo | | | | | | | | |
| Rodgers, Franklin | | | | | | | | |
| Gilanshah, Maryam | | | | | | | | |
| Savage-Greene, Shelli | | | | | | | | |
| Stastney, Shadron | | | | | | | | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, true and correct copies of the foregoing document were caused to be served on the following counsel as indicated:

**VIA ELECTRONIC MAIL**
Andrew P. DeMarco
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
ademarco@devlinlawfirm.com

*Counsel for Plaintiff*

**VIA ELECTRONIC MAIL**
Christopher A. Michaels
BROWN & MICHAELS, PC
4th Floor, 118 N. Tioga St.
Ithaca, NY 14850
michaels@bpmlegal.com

Neil Wallace
3800 Oaks Clubhouse Dr., #206
Pompano Beach, FL 33064
ntwallace@aol.com

*Counsel for Plaintiff*

/s/ *Renée Mosley Delcollo*
Renée Mosley Delcollo (#6442)