**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD,<br><br>*Plaintiff,*<br><br>v.<br><br>TECHNOVATIVE MEDIA, INC, HAWK INVESTMENT HOLDINGS LTD., and SEECUBIC, INC.,<br><br>*Defendants.* | C.A. No. 1:23-cv-00193-JLH<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT CERTIFYING COMPLIANCE
WITH COURT-ORDERED MEDIATION**

Pursuant to the Court's Orders from October 20, 2023 (D.I. 41) and December 19, 2024 (D.I. 81), Plaintiff Rembrandt 3D Holding Ltd. ("Plaintiff") and Defendant SeeCubic, Inc. ("Defendant") hereby provide this Joint Status Report updating the Court regarding their compliance with its Order for in-person mediation.  The parties met for an in-person mediation with former-Judge Farnan on January 30, 2024.  The parties engaged in a positive discussion to outline a structure for future communications and resolution, but did not reach resolution at the mediation.  The parties will continue their discussions in good faith while litigation continues, and will provide the Court with further updates as necessary.

| | |
|---|---|
| Dated: February 3, 2025 | Respectfully submitted, |
| */s/ Andrew DeMarco* | */s/ Renée Mosley Delcollo* |
| Andrew DeMarco (No. 6736) | Benjamin J. Schladweiler (#4601) |
| ademarco@devlinlawfirm.com | Lisa M. Zwally (#4328) |
| DEVLIN LAW FIRM LLC | Renée Mosley Delcollo (#6442) |
| 1526 Gilpin Avenue | GREENBERG TRAURIG, LLP |
| Wilmington, DE 19806 | 222 Delaware Ave., Suite 1600 |
| Tel: (302) 449-8010 | Wilmington, DE 19801 |
| Fax: (302) 353-4251 | Tel: (302) 661-7000 |
| | Fax: (302) 661-7360 |
| *Attorney for Plaintiff* | schladweilerb@gtlaw.com |
| *Rembrandt 3D Holding Ltd* | lisa.zwally@gtlaw.com |
| | renee.delcollo@gtlaw.com |
| | *Attorneys for Defendant* |
| | *SeeCubic, Inc.* |