**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TECHNOVATIVE MEDIA, INC. HAWK ) <br> INVESTMENT HOLDINGS LTD., AND ) <br> SEECUBIC, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-193-JLH <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 20, 2025, true and correct copies of Defendant SeeCubic, Inc.'s (1) Second Set of Interrogatories to Plaintiff (Nos. 7-11), (2) Second Set of Requests for Production of Documents and Things to Plaintiff (Nos. 57-60) and (3) Second Set of Requests for Admission to Plaintiff (Nos. 9-11) were caused to be served on the following counsel as indicated:

**VIA ELECTRONIC MAIL**
Andrew P. DeMarco
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
ademarco@devlinlawfirm.com

*Counsel for Plaintiff*

**VIA ELECTRONIC MAIL**
Christopher A. Michaels
BROWN & MICHAELS, PC
4th Floor, 118 N. Tioga St.
Ithaca, NY 14850
michaels@bpmlegal.com

*Counsel for Plaintiff*

**VIA ELECTRONIC MAIL**
Neil Wallace
3800 Oaks Clubhouse Dr., #206
Pompano Beach, FL 33064
ntwallace@aol.com

*Counsel for Plaintiff*

                                          GREENBERG TRAURIG, LLP

                                        */s/ Renée Mosley Delcollo*
                                        Benjamin J. Schladweiler (#4601)
                                        Lisa M. Zwally (#4328)
                                        Renée Mosley Delcollo (#6442)
                                        222 Delaware Avenue, Suite 1600
                                        Wilmington, DE 19801
                                        (302) 661-7000
                                        schladweilerb@gtlaw.com
                                        lisa.zwally@gtlaw.com
                                        renee.delcollo@gtlaw.com

                                        *Attorneys for Defendant SeeCubic, Inc.*

Dated:  March 20, 2025