# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TECHNOVATIVE MEDIA, INC. HAWK ) <br> INVESTMENT HOLDINGS LTD., AND ) <br> SEECUBIC, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-193-JLH |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Defendant SeeCubic, Inc. ("SeeCubic") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- SeeCubic challenges Plaintiff's privilege and confidentiality objections to RFP Nos. 17-19, 45-47 and seeks the production of documents and information withheld on the basis of such objections.

- SeeCubic seeks supplemental responses to SeeCubic's Interrogatory Nos. 1-2, and 4.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date:  March 26, 2025

    Delaware Counsel for Plaintiff: Andrew P. DeMarco
    Lead Counsel for Plaintiff:  Christopher A. Michaels, Neil Wallace

    Delaware and Lead Counsel for Defendant SeeCubic, Inc.:  Benjamin J. Schladweiler, Renée Mosley Delcollo

    The parties are available for a teleconference on the following dates: April 8, 10, 11 or 15.

                                                                                                                   GREENBERG TRAURIG, LLP

                                                                                 */s/ Renée Mosley Delcollo*
                                            Benjamin J. Schladweiler (#4601)
                                            Lisa M. Zwally (#4328)
                                            Renée Mosley Delcollo (#6442)
                                            222 Delaware Avenue, Suite 1600
                                            Wilmington, DE 19801
                                            (302) 661-7000
                                            schladweilerb@gtlaw.com
                                            lisa.zwally@gtlaw.com
                                            renee.delcollo@gtlaw.com

                                            *Attorneys for Defendant SeeCubic, Inc.*

Dated: April 1, 2025