IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMBRANDT 3D HOLDING LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-193-JLH-SRF |
| | ) | |
| TECHNOVATIVE MEDIA, INC. HAWK INVESTMENT HOLDINGS LTD., AND SEECUBIC, INC., | ) ) ) | |
| | ) | **PUBLIC/REDACTED VERSION** |
| | ) | |
| Defendants. | ) | |

**EXHIBIT B TO THE LETTER TO THE HONORABLE SHERRY R. FALLON
CONCERNING SEECUBIC, INC.'S MOTION TO COMPEL**

# REDACTED IN ITS ENTIRETY

DATED: May 12, 2025

Benjamin J. Schladweiler (#4601)
Lisa M. Zwally (#4328)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
lisa.zwally@gtlaw.com
renee.delcollo@gtlaw.com
*Attorneys for Defendant SeeCubic, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025 true and correct copies of the foregoing document were caused to be served on the following counsel as indicated:

**VIA ELECTRONIC MAIL**
Andrew P. DeMarco
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
ademarco@devlinlawfirm.com

*Counsel for Plaintiff*

**VIA ELECTRONIC MAIL**
Neil Wallace
3800 Oaks Clubhouse Dr., #206
Pompano Beach, FL 33064
ntwallace@aol.com

*Counsel for Plaintiff*

**VIA ELECTRONIC MAIL**
Christopher A. Michaels
BROWN & MICHAELS, PC
4th Floor, 118 N. Tioga St.
Ithaca, NY 14850
michaels@bpmlegal.com

*Counsel for Plaintiff*

    */s/ Benjamin J. Schladweiler*
    Benjamin J. Schladweiler (#4601)