# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TECHNOVATIVE MEDIA, INC. HAWK ) <br> INVESTMENT HOLDINGS LTD., AND ) <br> SEECUBIC, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-193-JLH-SLR <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES

WHEREAS, the Court previously entered a Scheduling Order governing this case (D.I. 55);

WHEREAS, fact discovery is set to close on July 2, 2025;

WHEREAS, the parties have proceeded with discovery but request additional time to have a full opportunity to develop their claims and defenses prior to taking depositions in this action;

WHEREAS, changing the immediate deadlines will not impact any deadlines involving the Court, including the summary judgment or trial deadlines; and

WHEREAS, the parties certify, pursuant to District of Delaware Local Rule 16.4, that counsel for each party has sent a copy of this request to their respective clients;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the deadlines in this action are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rembrandt's First Reduction of Trade Secrets to 25 | N/A | July 28, 2025 |
| Deadline for the close of fact discovery<br><br>For the avoidance of doubt, the parties agree that they cannot serve any new written discovery requests (including but not limited to any new or amended interrogatories, requests for production, and requests for admission) | July 2, 2025 | July 28, 2025 |
| Deadline for Opening Expert Reports for each party that bears the initial burden of proof | July 23, 2025 | August 11, 2025 |
| Deadline for Rebuttal Expert Reports | August 13, 2025 | August 25, 2025 |
| Deadline for Reply Expert Reports | September 3, 2025 | September 8, 2025 |
| Close of Expert Discovery | September 17, 2025 | September 22, 2025 |
| Rembrandt's Second Reduction of Trade Secrets to 10 | N/A | September 26, 2025 |
| Deadline for the parties to file all case dispositive motions, an opening brief, and affidavits | September 29, 2025 | No Change |
| Pretrial Conference | March 16, 2026 at 3:00 p.m. | No Change |
| Jury Trial | April 6, 2026 | No Change |

All other deadlines shall remain unchanged.

| DEVLIN LAW FIRM LLC | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Andrew P. DeMarco* <br> Andrew P. DeMarco (#6736) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> ademarco@devlinlawfirm.com <br><br> *Attorneys for Plaintiff Rembrandt 3D Holding Ltd.* <br><br> Dated:  June 23, 2025 | */s/ Renee Mosley Delcollo* <br> Benjamin J. Schladweiler (#4601) <br> Lisa M. Zwally (#4328) <br> Renée Mosley Delcollo (#6442) <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, DE 19801 <br> (302) 661-7000 <br> schladweilerb@gtlaw.com <br> lisa.zwally@gtlaw.com <br> renee.delcollo@gtlaw.com <br><br> *Attorneys for Defendant SeeCubic, Inc.* |

**SO ORDERED** this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE