# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TECHNOVATIVE MEDIA, INC. HAWK ) <br> INVESTMENT HOLDINGS LTD., AND ) <br> SEECUBIC, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-193-JLH <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF CASE DEADLINES

Plaintiff, Rembrandt 3D Holding Ltd. ("Plaintiff") and Defendant *SeeCubic, Inc.* ("Defendant"), by and through their undersigned counsel, hereby agree, subject to the Court's approval, to stay all deadlines in connection with the above-captioned lawsuit. The parties are in discussions relating to a resolution of this matter. The parties will submit a status report on or about December 30, 2025, if no Stipulation of Dismissal has been filed.

DEVLIN LAW FIRM LLC

*/s/ Andrew P. DeMarco*
Andrew P. DeMarco (#6736)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
ademarco@devlinlawfirm.com

*Attorneys for Plaintiff Rembrandt 3D Holding Ltd.*

Dated: July 28, 2025

GREENBERG TRAURIG, LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
Lisa M. Zwally (#4328)
Renée Mosley Delcollo (#6442)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
lisa.zwally@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Defendant SeeCubic, Inc.*

**SO ORDERED** this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE