# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TECHNOVATIVE MEDIA, INC. HAWK ) <br> INVESTMENT HOLDINGS LTD., AND ) <br> SEECUBIC, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-193-JLH <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF CASE DEADLINES

Plaintiff, Rembrandt 3D Holding Ltd. ("Plaintiff") and Defendant *SeeCubic, Inc.* ("Defendant"), by and through their undersigned counsel, hereby agree, subject to the Court's approval, to stay all deadlines in connection with the above-captioned lawsuit. The parties are in discussions relating to a resolution of this matter. The parties will submit a status report on or about December 30, 2025, if no Stipulation of Dismissal has been filed.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | GREENBERG TRAURIG, LLP |
| */s/ Andrew P. DeMarco* <br> Andrew P. DeMarco (#6736) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> ademarco@devlinlawfirm.com <br><br> *Attorneys for Plaintiff Rembrandt 3D Holding Ltd.* <br><br> Dated: July 28, 2025 | */s/ Benjamin J. Schladweiler* <br> Benjamin J. Schladweiler (#4601) <br> Lisa M. Zwally (#4328) <br> Renée Mosley Delcollo (#6442) <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, DE 19801 <br> (302) 661-7000 <br> schladweilerb@gtlaw.com <br> lisa.zwally@gtlaw.com <br> renee.delcollo@gtlaw.com <br><br> *Attorneys for Defendant SeeCubic, Inc.* |

**SO ORDERED** this ___29th___ day of ___July_____, 2025.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE