# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD, *Plaintiff,* v. TECHNOVATIVE MEDIA, INC., HAWK INVESTMENT HOLDINGS LTD., and SEECUBIC, INC., *Defendants.* | C.A. No. 23-cv-00193-JLH |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Rembrandt 3D Holding Ltd. ("Plaintiff") and Defendant SeeCubic, Inc. ("Defendant"), subject to the approval of the Court, that the Parties' deadline to file a joint status report with the Court pursuant to the Parties' stipulation (D.I. 110), and the Court's order approving the stipulation (D.I. 111), shall be extended to **January 30, 2026**.

Dated: December 30, 2025

*/s/ Andrew DeMarco*
Andrew DeMarco (No. 6736)
ademarco@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-8010
Fax: (302) 353-4251

*Attorney for Plaintiff
Rembrandt 3D Holding Ltd*

Respectfully submitted,

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
Lisa Zwally Brown (#4328)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Tel: (302) 661-7000
Fax: (302) 661-7360
schladweilerb@gtlaw.com
brownli@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Defendant
SeeCubic, Inc.*

IT IS SO ORDERED this _____ day of _____, 2025.

                                                _____
                                                The Honorable Jennifer L. Hall
                                                United States District Court Judge