# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD,<br><br>*Plaintiff,*<br><br>v.<br><br>TECHNOVATIVE MEDIA, INC, HAWK INVESTMENT HOLDINGS LTD., and SEECUBIC, INC.,<br><br>*Defendants.* | C.A. No. 1:23-cv-00193-JLH<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Pursuant to the Court's Orders from July 29, 2025 (D.I. 111) and December 30, 2025 (D.I. 113), Plaintiff Rembrandt 3D Holding Ltd. ("Plaintiff," or "Rembrandt") and Defendant SeeCubic, Inc. ("Defendant," or "SeeCubic") hereby provide this Joint Status Report updating the Court regarding this case as no Stipulation of Dismissal has been filed.

SeeCubic, Rembrandt, and the trustee of the bankruptcy estates of Stream TV Networks, Inc. are working with the Bankruptcy Court of the Eastern District of Pennsylvania to take advantage of Judge Baker's offer to mediate the dispute between the parties and to ultimately seek a global resolution of all claims in all matters, including this matter. The parties expect this mediation to occur on or before February 20, 2026. Should the mediation be unsuccessful, the parties agree to submit a revised scheduling order governing the remainder of this case by February 25, 2026.

| | |
|---|---|
| Dated: January 30, 2026 | Respectfully submitted, |
| */s/ Andrew DeMarco*<br>Andrew DeMarco (No. 6736)<br>ademarco@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Tel: (302) 449-8010<br>Fax: (302) 353-4251<br><br>*Attorney for Plaintiff*<br>*Rembrandt 3D Holding Ltd* | */s/ Benjamin J. Schladweiler*<br>Benjamin J. Schladweiler (#4601)<br>Lisa M. Zwally (#4328)<br>Renée Mosley Delcollo (#6442)<br>GREENBERG TRAURIG, LLP<br>222 Delaware Ave., Suite 1600<br>Wilmington, DE 19801<br>Tel: (302) 661-7000<br>Fax: (302) 661-7360<br>schladweilerb@gtlaw.com<br>lisa.zwally@gtlaw.com<br>renee.delcollo@gtlaw.com<br><br>*Attorneys for Defendant*<br>*SeeCubic, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                                */s/ Andrew DeMarco*
                                                                Andrew DeMarco